JS6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| GROUP INDEPENDENT SALES ORGANIZATION,<br><br>          Plaintiff,<br><br>     v.<br><br>GLOBAL ISO, LLC, et al.,<br><br>          Defendants. | SA CV 08-703 AHS (SHx)<br><br>JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE |

On March 5, 2009, defendants Global ISO, LLC, Daniel Brasov, Irasema Brasov, and Wendy Carillo (collectively, "defendants") served on plaintiff Group Independent Sales Organization ("plaintiff") their Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. On March 18, 2009, plaintiff filed "Plaintiff's Acceptance of Offer of Judgment." Based on the foregoing,

IT IS ORDERED AND ADJUDGED:

1. That plaintiff take $5,000 from defendants on plaintiff's claims, as set forth in the Corrected Complaint, including any liability for costs of suit and any claim for

attorneys fees awardable by statute, contract or otherwise, and any claim for fees or costs payable to expert witnesses or other costs accrued to the date of defendants' Offer of Judgment that might be recoverable against defendants in this matter;

    2. That defendants are permanently enjoined from using the mark "Group ISO" for advertising, sale of, or offering for sale goods or services; and

    3. That defendants' Offer of Judgment shall not be construed either as an admission that defendants are liable in this action or that plaintiff has a valid trademark or suffered any damage.

    IT IS SO ORDERED.

    IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Judgment on counsel for all parties in this action.

    DATED: March 19, 2009.

*ALICEMARIE H. STOTLER*
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

O:\ECF Ready\CV, 08-703 - Rule 68 Judgment.wpd